Same case below, 29 So. 3d 293.

**No. 09-11080. Robert Washington, Petitioner v. United States.**

562 U.S. 861, 131 S. Ct. 137, 178 L. Ed. 2d 84, 2010 U.S. LEXIS 5955.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-11081. John Christopher Blakeney, Petitioner v. Mississippi.**

562 U.S. 861, 131 S. Ct. 137, 178 L. Ed. 2d 84, 2010 U.S. LEXIS 6081,

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

Same case below, 29 So. 3d 46.

**No. 09-11082. Eric T. Tolen, Petitioner v. Missouri.**

562 U.S. 861, 131 S. Ct. 138, 178 L. Ed. 2d 84, 2010 U.S. LEXIS 6198.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Missouri, Eastern District, denied.

Same case below, 304 S.W.3d 229.

**No. 09-11085. Jesil Abraham Wilson, Petitioner v. Oklahoma, et al.**

562 U.S. 861, 131 S. Ct. 138, 178 L. Ed. 2d 84, 2010 U.S. LEXIS 5946.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 363 Fed. Appx. 595.

**No. 09-11089. Thelma Williams, Petitioner v. C/O Crouch, et al.**

562 U.S. 861, 131 S. Ct. 139, 178 L. Ed. 2d 84, 2010 U.S. LEXIS 6008,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-11092. Calvin Avant, Petitioner v. Los Angeles Central Community Police Station, et al.**

562 U.S. 861, 131 S. Ct. 139, 178 L. Ed. 2d 84, 2010 U.S. LEXIS 5907,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 352 Fed. Appx. 452.

**No. 09-11093. Douglas Alexander Brown, Petitioner v. Derral G. Adams, Warden.**

562 U.S. 861, 131 S. Ct. 139, 178 L. Ed. 2d 84, 2010 U.S. LEXIS 6100.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.